UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                              Plaintiff,

                -against-

WHOLE FOODS MARKET, et al.,

                              Defendants.

1:20-CV-0234 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 14, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:    January 14, 2020
          New York, New York

                                        _____
                                              COLLEEN McMAHON
                                        Chief United States District Judge